# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**Antanette P.,[1]**

                *Plaintiff*,        Case No. 3:25-cv-056

**v.**                                                    **District Judge Thomas M. Rose**
                                                          **Magistrate Judge Kimberly A. Jolson**

**Commissioner of Social Security,**

                *Defendant*.

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (DOC. 11), OVERRULING PLAINTIFF'S STATEMENT OF ERRORS (DOC. 8), AFFIRMING THE COMMISSIONER'S DECISION AND TERMINATING CASE.**

---

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on October 16, 2025. (Doc. 11). Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

---

[1] See S.D. Ohio General Order 22-01 ("The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that due to significant privacy concerns in social security cases federal courts should refer to claimants only by their first names and last initials.").

The Court has reviewed the findings of the Magistrate Judge. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court **ADOPTS** the Report and Recommendations (Doc. 11) in its entirety.

The Court **OVERRULES** Plaintiff's Statement of Errors (Doc. 8) and **AFFIRMS** the Commissioner's decision. The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** this Thursday, November 13, 2025.

s/THOMAS M. ROSE
_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE